*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015          518995
_____

In the Matter of CLEMON JONES,
                    Appellant,

        v
                                        MEMORANDUM AND ORDER

BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision, et al.,
                    Respondents.
_____

Calendar Date:  December 2, 2014

Before:  Peters, P.J., Lahtinen, Egan Jr. and Lynch, JJ.

_____

        Clemon Jones, Attica, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondents.

_____

        Appeal from a judgment of the Supreme Court (Ferreira, J.), entered April 23, 2014 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondents' motion to dismiss the petition.

        Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating various prison disciplinary rules, claiming that he was denied the right to call witnesses.  Respondents moved to dismiss the petition based upon petitioner's failure to exhaust his administrative remedies in that he did not raise that issue in his administrative appeal.  Supreme Court granted the motion and this appeal ensued.

Because petitioner has failed to advance any arguments in his brief concerning the basis for Supreme Court's dismissal of the petition, any claims with regard thereto have been abandoned (see Matter of Wilson v Bezio, 93 AD3d 1053, 1053 [2012]; Matter of Gathers v Artus, 59 AD3d 795, 795 [2009]).  As regards the issues he does raise, they are not properly before us.

Peters, P.J., Lahtinen, Egan Jr. and Lynch, JJ., concur.


ORDERED that the judgment is affirmed, without costs.



ENTER:


Robert D. Mayberger
Clerk of the Court